# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTIDES FRANCISCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EMERITUS CORPORATION, an unknown corporation; BROOKDALE SENIOR LIVING COMMUNITIES, INC., an unknown corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 17-02871 BRO (SSx)<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal, Crtrm. 590]<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Date Filed: March 16, 2017<br>Date Removed: April 14, 2017<br>Trial Date: None Set |

**ORDER**

Having reviewed and considered the foregoing Stipulated Protective Order, and good cause appearing for same,

**IT IS SO ORDERED.**

Dated: 9/14/17                        /S/
                                            Hon. Suzanne H. Segal
                                            Judge of the United States District Court